# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

|  |  |  |
|---|---|---|
| ALEXANDER MILLAN,<br>Plaintiff, | §<br>§<br>§ |  |
| v. | §<br>§ | EP-18-CV-353-DB |
| THE CBE GROUP, INC.,<br>Defendant. | §<br>§<br>§ |  |

FILED

2019 MAR 25  PM 4: 05

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
DEPUTY

## ORDER TO SHOW CAUSE

On this day, the Court sua sponte considered the above-captioned case.    On November 19, 2018, Plaintiff Alexander Millan filed a complaint in this Court.    On January 18, 2019, Defendant The CBE Group, Inc. filed an answer.

On January 22, 2019, this Court issued an Order including a directive to submit a discovery plan and scheduling order.    On February 22, 2019, Plaintiff Alexander Millan and Defendant The CBE Group, Inc. (collectively, "the Parties") filed a discovery plan in accordance with that directive.    However, the Parties' 60 days to file the scheduling order ended on March 19, 2019, and, as of today, the Parties have not filed a scheduling order.    Federal Rule of Civil Procedure 41(b) provides that a court may dismiss an action because of a plaintiff's failure to comply with an order of the court.    Accordingly, the Court is of the opinion that the following order should enter.

IT IS HEREBY ORDERED that **on or before April 8, 2019**, Plaintiff Alexander Millan **SHOW CAUSE** why the Court should not dismiss this case.

SIGNED this **25th** day of **March 2019**.

THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE