IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ALEXANDER MILLAN,<br><br>Plaintiff,<br><br>v.<br><br>THE CBE GROUP, INC.,<br><br>Defendant. | Case No. 3:18-cv-00353-DB<br><br>Honorable David Briones |

## ~~PROPOSED~~ SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following Scheduling Order:

1. A report on alternative dispute resolution in compliance with Rule CV-88 shall be filed by: **April 1, 2019**.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **April 15, 2019**, and each opposing party shall respond, in writing, by **April 29, 2019.**

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **May 13, 2019**.

4. All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by **June 21, 2019** Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by **July 22, 2019** All designations of rebuttal experts shall be filed within 14 days of receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, not later than **14** days of receipt of the written report of the expert's proposed testimony, or not later than **14** days of the expert's deposition, if a deposition is taken, whichever is later.

1

6. The parties shall complete all discovery on or before **August 22, 2019**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions as defined in Rule CV-7(c) shall be filed no later than **September 20, 2019**.

8. This case is set for trial on _____DEC. 3, 2019 @ 9:00 A.M._____.
The parties should consult Rule CV-16 regarding matters to be filed in advance of trial.

SIGNED this _26_ day of _MARCH, 2019_

_____
UNITED STATES DISTRICT JUDGE

2