# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| ALEXANDER MILLAN,<br><br>  Plaintiff,<br><br>v.<br><br>THE CBE GROUP, INC.,<br><br>  Defendant. | Case No. 3:18-cv-00353-DB<br><br>Honorable David Briones |

## ADR REPORT

Pursuant to this Court's Scheduling Order [Doc. #11], the parties jointly submit this joint ADR Report.

The parties are in the early stages of settlement negotiations, and the undersigned counsel are the persons responsible for settlement negotiations for each party.

The parties have conferred and agreed that Stephen Enda of Weiner, Glass, Reed, LLP will preside over mediation in this matter. Mr. Edna's address is 6440 North Central Expressway, Suite 316, Dallas, Texas 75206. Mr. Edna's telephone number is (214) 265-9500. The parties have agreed to mediate on or before Friday, August 30, 2019.

DATED: April 1, 2019                                                  Respectfully submitted,

*/s/ Joseph S. Davidson*                                              */s/ Cooper M. Walker*

Joseph S. Davidson                                                    Robbie L. Malone
Nathan C. Volheim                                                     Cooper M. Walker
SULAIMAN LAW GROUP, LTD.                                              MALONE AND MARTIN PLLC
2500 South Highland Avenue                                            8750 North Central Expressway
Suite 200                                                             Suite 1850
Lombard, Illinois 60148                                               Dallas Texas 75231
+1 630-575-8181                                                       +1 214-346-2630
jdavidson@sulaimanlaw.com                                             rmalone@mamlaw.com
nvolheim@sulaimanlaw.com                                              cwalker@mamlaw.com

*Counsel for Alexander Millan*                                        *Counsel for The CBE Group, Inc.*

1

## **CERTIFICATE OF SERVICE**

I, Joseph S. Davidson, an attorney, certify that on April 1, 2019, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

*/s/ Joseph S. Davidson*